IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

RICKY HUGHES,                              )
                                          )
                    Plaintiff,            )
          v.                              )      No. 19-cv-02733-DWF-LIB
                                          )
WISCONSIN CENTRAL, LTD.,                  )
PORTACO, INC. and RACINE                  )      Honorable Donovan W. Frank
RAILROAD PRODUCTS, INC.,                  )
                                          )      Judge Presiding
                    Defendants.           )

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned, on behalf of the Plaintiff, RICKY HUGHES, certified as follows:

1.    The Plaintiff's Memorandum in Opposition to Racine Railroad Products, Inc's Motion for Summary Judgment was prepared using Microsoft Word.  It complies with the word limits and type-size limits of LR 7.1.

2.    The word count for the motion totals 2,284.

3.    The undersigned certifies that the word processing software creating the word count included all text, hearings, footnotes and quotations.

Dated: November 18, 2024

Respectfully submitted,

By: */s/  Michael B. Gunzburg*
MICHAEL B. GUNZBURG

Michael B. Gunzburg
Ridge & Downes
230 W. Monroe Street
Suite 2330
Chicago, IL 60606
Tel: (312) 372-8282
Fax: (312) 372-8560
Email: mgunzburg@ridgedownes.com
ARDC NO. 6180880